FILED
CLERK, U.S. DISTRICT COURT

MAR 23 2018

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CR 11-663 - DSF

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )  ORDER OF DETENTION AFTER
                                )  HEARING ( Fed.R.Crim.P. 32.1(a)(6)
        v.                      )  Allegations of Violations of Probation
                                )  Supervised Release)
                                )  Conditions of Release)
Jose Manuel Ayala Salas,        )
                                )
            Defendant.          )

On arrest warrant issued by a United States District Court involving alleged

violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will

reasonably assure:

(A)    (X)    the appearance of defendant as required; and/or

(B)    ( )    the safety of any person or the community.

//

//

The court concludes:

A. ( )  Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (X)  Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

Conditions will reasonably assure the appearance of defendant due to defendant's immigration status and frequent travel to Mexico.

IT IS ORDERED that defendant be detained.

DATED: 3-23-18

Patrick J. Walsh

JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2